**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: COUNCILL, GEORGE R § Case No. 05-91470
      COUNCILL, JANET A § 
  §
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2005. The undersigned trustee was appointed on October 14, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 426,449.20

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 250,112.20 |
| Bank service fees | 338.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 175,998.83 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/13/2006 and the deadline for filing governmental claims was 04/12/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,866.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,866.14, for a total compensation of $18,866.14.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $928.33, for total expenses of $928.33.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/12/2011          By: /s/William G. West, Trustee
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-91470  
**Case Name:** COUNCILL, GEORGE R  
COUNCILL, JANET A  
**Period Ending:** 10/12/11

**Trustee:** (631440)   William G. West, Trustee  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/16/05  
**Claims Bar Date:** 11/13/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2535 HALF HOLLOW, CONROE TX<br>    EXEMPT | 161,300.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND<br>    Nominal value to the estate | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCT<br>    Nominal value to the estate | 178.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>    EXEMPT | 6,488.25 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS<br>    EXEMPT | 450.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL<br>    EXEMPT | 2,373.45 | 0.00 | DA | 0.00 | FA |
| 7 | FURS & JEWELRY<br>    EXEMPT | 2,425.00 | 0.00 | DA | 0.00 | FA |
| 8 | FIREARMS, SPORTS, PHOTO EQUIP, HOBBY<br>    EXEMPT | 395.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100,000 SHARES TELEGISTICS INC<br>    Nominal Value to the Estate | 1.00 | 0.00 | DA | 0.00 | FA |
| 10 | UNCOLLECTED AMWAY BUSINESS BONUSES<br>    See Asset 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | BREACH OF CONTRACT CLAIM - AMWAY<br>    BREACH OF CONTRACT CLAIM & OTHER<br>CAUSES OF ACTION AGAINST AMWAY & OTHER<br>DEFENDENTS IN CASE H-98-0352; Settled per court<br>order 64 | 6,710,619.00 | 425,000.00 | | 426,410.69 | FA |
| 12 | 03 FORD F-150<br>    EXEMPT | 20,055.00 | 0.00 | DA | 0.00 | FA |
| 13 | 03 GMC ENVOY<br>    EXEMPT | 12,980.00 | 0.00 | DA | 0.00 | FA |
| 14 | 04 CHEVY SUBURBAN<br>    EXEMPT | 28,960.20 | 0.00 | DA | 0.00 | FA |
| 15 | 04 FX-35 INFINITY<br>    EXEMPT | 26,620.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-91470  
**Case Name:** COUNCILL, GEORGE R  
　　　　　　　COUNCILL, JANET A  
**Period Ending:** 10/12/11

**Trustee:** (631440) William G. West, Trustee  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/16/05  
**Claims Bar Date:** 11/13/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | ANITIQUE BOAT MOTOR<br>EXEMPT | 75.00 | 0.00 | DA | 0.00 | FA |
| 17 | OTHER PERSONAL PROPERTY NOT LISTED<br>EXEMPT | 15.75 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 38.51 | Unknown |
| 18 | Assets　Totals (Excluding unknown values) | $6,972,960.65 | $425,000.00 | | $426,449.20 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　December 31, 2007　　**Current Projected Date Of Final Report (TFR):**　August 24, 2011 (Actual)

Printed: 10/12/2011 03:59 PM　　V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-91470  
**Case Name:** COUNCILL, GEORGE R  
COUNCILL, JANET A  
**Taxpayer ID #:** \*\*-\*\*\*4342  
**Period Ending:** 10/12/11

**Trustee:** William G. West, Trustee (631440)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*15-19 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/11 | | FUNDING ACCOUNT:<br>9200\*\*\*\*\*\*1565 | | 9999-000 | 420,000.00 | | 420,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.70 | | 420,010.70 |
| 04/01/11 | | To Account #9200\*\*\*\*\*\*1565 | Adjust Principal via TIA Rollover | 9999-000 | | 238,010.70 | 182,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.48 | | 182,004.48 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 182,004.62 |
| 05/02/11 | | To Account #9200\*\*\*\*\*\*1565 | Adjust Principal via TIA Rollover | 9999-000 | | 32,004.48 | 150,000.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.69 | | 150,003.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.19 | | 150,005.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 150,006.29 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 287.68 | 149,718.61 |
| 08/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 149,718.69 |
| 08/03/11 | | To Account #9200\*\*\*\*\*\*1565 | Combine funds | 9999-000 | | 149,718.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 420,021.55 | 420,021.55 | $0.00 |
| | | | Less: Bank Transfers | | 420,000.00 | 419,733.87 | |
| | | | **Subtotal** | | **21.55** | **287.68** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21.55** | **$287.68** | |

{} Asset reference(s)

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-91470 | | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|---|
| Case Name: | COUNCILL, GEORGE R | | Bank Name: | The Bank of New York Mellon |
| | COUNCILL, JANET A | | Account: | 9200-******15-65 - Money Market Account |
| Taxpayer ID #: | **-***4342 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/12/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/11 | {11} | PHILLIPS & AKERS P.C. | Amway Settlement | 1149-000 | 426,410.69 | | 426,410.69 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.75 | | 426,419.44 |
| 03/01/11 | | ACCOUNT FUNDED: 9200******1519 | | 9999-000 | | 420,000.00 | 6,419.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,419.49 |
| 04/01/11 | | From Account #9200******1519 | Adjust Principal via TIA Rollover | 9999-000 | 238,010.70 | | 244,430.19 |
| 04/08/11 | | To Account #9200******1566 | Special counsel fees and expenses (Jones) | 9999-000 | | 16,323.67 | 228,106.52 |
| 04/25/11 | | To Account #9200******1566 | Special Council Fee and Expenses (Akers) | 9999-000 | | 191,462.85 | 36,643.67 |
| 04/28/11 | | To Account #9200******1566 | General counsel fees | 9999-000 | | 32,342.16 | 4,301.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.61 | | 4,306.12 |
| 05/02/11 | | From Account #9200******1519 | Adjust Principal via TIA Rollover | 9999-000 | 32,004.48 | | 36,310.60 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,310.89 |
| 06/06/11 | | To Account #9200******1566 | Checks to IRS | 9999-000 | | 9,983.52 | 26,327.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,327.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,327.81 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.49 | 26,277.32 |
| 08/03/11 | | From Account #9200******1519 | Combine funds | 9999-000 | 149,718.69 | | 175,996.01 |
| 08/03/11 | | To Account #9200******1566 | Reduce banking fees | 9999-000 | | 900.00 | 175,096.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 175,097.41 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.42 | | 175,098.83 |
| | | | ACCOUNT TOTALS | | 846,161.52 | 671,062.69 | $175,098.83 |
| | | | Less: Bank Transfers | | 419,733.87 | 671,012.20 | |
| | | | Subtotal | | 426,427.65 | 50.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $426,427.65 | $50.49 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-91470 | | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|---|
| Case Name: | COUNCILL, GEORGE R | | Bank Name: | The Bank of New York Mellon |
| | COUNCILL, JANET A | | Account: | 9200-******15-66 - Checking Account |
| Taxpayer ID #: | **-***4342 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/12/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/08/11 | | From Account #9200******1565 | Special counsel fees and expenses (Jones) | 9999-000 | 16,323.67 | | 16,323.67 |
| 04/08/11 | 2001 | PORTER & HEDGES, LLP | SPECIAL COUNSEL FEES AND EXPENSES PER COURT ORDER 79 | | | 16,323.67 | 0.00 |
| | | | Special Counsel Fees       14,450.00 | 3210-600 | | | 0.00 |
| | | | Special Counsel Expenses    1,873.67 | 3220-610 | | | 0.00 |
| 04/25/11 | | From Account #9200******1565 | Special Council Fee and Expenses (Akers) | 9999-000 | 191,462.85 | | 191,462.85 |
| 04/25/11 | 2002 | PHILLIPS & AKERS, P.C. | LEGAL FEES AND EXPENSES PER COURT ORDER 77 Voided on 05/02/11 | 3210-600 | | 191,462.85 | 0.00 |
| 04/28/11 | | From Account #9200******1565 | General counsel fees | 9999-000 | 32,342.16 | | 32,342.16 |
| 04/28/11 | 2003 | WALDRON & SCHNEIDER, LLP | ATTORNEY FEES AND EXPENSES PER COURT ORDER 81 | | | 32,342.16 | 0.00 |
| | | | Attorney fee       31,582.25 | 3210-000 | | | 0.00 |
| | | | Attorney expenses     759.91 | 3220-000 | | | 0.00 |
| 05/02/11 | 2002 | PHILLIPS & AKERS, P.C. | LEGAL FEES AND EXPENSES PER COURT ORDER 77 Voided: check issued on 04/25/11 | 3210-600 | | -191,462.85 | 191,462.85 |
| 05/02/11 | 2004 | PHILLIPS & AKERS, P.C. | LEGAL FEES AND EXPENSES PER COURT ORDER 77 | | | 183,103.43 | 8,359.42 |
| | | | Special counsel fee on net recovery   162,204.85 | 3210-600 | | | 8,359.42 |
| | | | Special counsel expense   20,898.58 | 3220-610 | | | 8,359.42 |
| 06/06/11 | | From Account #9200******1565 | Checks to IRS | 9999-000 | 9,983.52 | | 18,342.94 |
| 06/06/11 | 2005 | WILLIAM G. WEST, P.C., CPA | CPA FEES AND EXPENSES PER COURT ORDER 86 | | | 3,992.94 | 14,350.00 |
| | | | CPA Fee       3,866.26 | 3310-000 | | | 14,350.00 |
| | | | CPA Expenses    126.68 | 3320-000 | | | 14,350.00 |
| 06/06/11 | 2006 | INTERNAL REVENUE SERVICE | GEORGE R. COUNCILL - 2011 FORM 1041 | 2810-000 | | 7,175.00 | 7,175.00 |
| 06/06/11 | 2007 | INTERNAL REVENUE SERVICE | JANET A. COUNCILL - 2011 FORM 1041 | 2810-000 | | 7,175.00 | 0.00 |
| 08/03/11 | | From Account #9200******1565 | Reduce banking fees | 9999-000 | 900.00 | | 900.00 |
| | | | **ACCOUNT TOTALS** | | 251,012.20 | 250,112.20 | **$900.00** |
| | | | Less: Bank Transfers | | 251,012.20 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **250,112.20** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$250,112.20** | |

{} Asset reference(s)

Printed: 10/12/2011 03:59 PM     V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-91470  
**Case Name:** COUNCILL, GEORGE R  
COUNCILL, JANET A  
**Taxpayer ID #:** **-***4342  
**Period Ending:** 10/12/11  

**Trustee:** William G. West, Trustee (631440)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   426,449.20  
_____  
Net Estate :   $426,449.20

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******15-19 | 21.55 | 287.68 | 0.00 |
| MMA # 9200-******15-65 | 426,427.65 | 50.49 | 175,098.83 |
| Checking # 9200-******15-66 | 0.00 | 250,112.20 | 900.00 |
|  | $426,449.20 | $250,450.37 | $175,998.83 |

{} Asset reference(s)

# EXHIBIT C
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 13, 2006

**Case Number:** 05-91470
**Debtor Name:** COUNCILL, GEORGE R

Page: 1

**Date:** October 12, 2011
**Time:** 04:00:08 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | William G. West, Trustee<br>12345 Jones Road<br>Suite 120<br>Houston, TX 77070 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 312322.77] | $18,866.14 | $0.00 | 18,866.14 |
| 200 | William G. West, Trustee<br>12345 Jones Road<br>Suite 120<br>Houston, TX 77070 | Admin Ch. 7 | | $928.33 | $0.00 | 928.33 |
| IRS 200 | INTERNAL REVENUE SERVICE | Admin Ch. 7 | | $14,350.00 | $14,350.00 | 0.00 |
| WSEXP 200 | WALDRON & SCHNEIDER, LLP<br>15150 MIDDLEBROOK DRIVE<br>HOUSTON, TX 77058 | Admin Ch. 7 | | $759.91 | $759.91 | 0.00 |
| WSFEE 200 | WALDRON & SCHNEIDER, LLP<br>15150 MIDDLEBROOK DRIVE<br>HOUSTON, TX 77058 | Admin Ch. 7 | | $31,582.25 | $31,582.25 | 0.00 |
| CPAEXP 200 | WILLIAM G. WEST, P.C., CPA<br>12345 JONES ROAD<br>SUITE 120<br>HOUSTON, TX 77070 | Admin Ch. 7 | | $126.68 | $126.68 | 0.00 |
| CPAFEE 200 | WILLIAM G. WEST, P.C., CPA<br>12345 JONES ROAD<br>SUITE 120<br>HOUSTON, TX 77070 | Admin Ch. 7 | | $3,866.26 | $3,866.26 | 0.00 |
| DRJEXP 200 | PORTER & HEDGES, LLP<br>1000 MAIN STREET<br>36TH FLOOR<br>HOUSTON, TX 77002 | Admin Ch. 7 | | $1,873.67 | $1,873.67 | 0.00 |
| DRJFEE 200 | PORTER & HEDGES, LLP<br>1000 MAIN STREET<br>36TH FLOOR<br>HOUSTON, TX 77002 | Admin Ch. 7 | | $14,450.00 | $14,450.00 | 0.00 |
| AKERSEXP 200 | PHILLIPS & AKERS, P.C. | Admin Ch. 7 | | $20,898.58 | $20,898.58 | 0.00 |
| AKERSFEE 200 | PHILLIPS & AKERS, P.C. | Admin Ch. 7 | | $162,204.85 | $162,204.85 | 0.00 |
| 1 610 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsecured | Allowed; 6461 | $4,255.23 | $0.00 | 4,255.23 |
| 2 610 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsecured | Allowed; 5885 | $2,876.38 | $0.00 | 2,876.38 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 13, 2006

**Case Number:** 05-91470
**Debtor Name:** COUNCILL, GEORGE R

Page: 2

**Date:** October 12, 2011
**Time:** 04:00:08 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3<br>610 | Internet Services Corporation<br>c/o Rick Abraham, Esq.<br>24 North High Street<br>Columbus, OH 43215 | Unsecured | Withdrawn per docket no. 64 | $0.00 | $0.00 | 0.00 |
| 4<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Withdrawn per docket no. 30 | $0.00 | $0.00 | 0.00 |
| 5<br>610 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Allowed; 2008 | $9,312.19 | $0.00 | 9,312.19 |
| 6<br>610 | Amway Corporation<br>c/o Thomas W. Taylor, Esq Andrews & Kurt<br>600 Travis Suite 4200<br>Houston, TX 77002 | Unsecured | Withdrawn per docket no. 45 | $0.00 | $0.00 | 0.00 |
| 7<br>610 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Allowed; 2468 | $501.93 | $0.00 | 501.93 |
| 8<br>610 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Allowed; 8865 | $16,613.40 | $0.00 | 16,613.40 |
| 9<br>610 | Dell Financial Services, L.P.<br>12234B North I-35<br>Austin, TX 78753-1705 | Unsecured | Claim withdrawn per original signature letter dated 12/18/06 | $0.00 | $0.00 | 0.00 |
| 1I<br>640 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsecured | | $1,080.17 | $0.00 | 1,080.17 |
| 2I<br>640 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsecured | | $730.15 | $0.00 | 730.15 |
| 5I<br>640 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,363.85 | $0.00 | 2,363.85 |
| 7I<br>640 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | | $127.41 | $0.00 | 127.41 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 13, 2006

**Case Number:** 05-91470
**Debtor Name:** COUNCILL, GEORGE R

Page: 3

**Date:** October 12, 2011
**Time:** 04:00:08 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8I 640 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | | $4,217.22 | $0.00 | 4,217.22 |
| SURPLUS 650 | COUNCILL, GEORGE R<br>2535 HALF HOLLOW CT<br>CONROE, TX 77304 | Unsecured | | $114,123.61 | $0.00 | 114,123.61 |
| << Totals >> | | | | 426,108.21 | 250,112.20 | 175,996.01 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-91470
Case Name: COUNCILL, GEORGE R
Trustee Name: William G. West, Trustee

**Balance on hand:** $ 175,998.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 175,998.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William G. West, Trustee | 18,866.14 | 0.00 | 18,866.14 |
| Trustee, Expenses - William G. West, Trustee | 928.33 | 0.00 | 928.33 |

Total to be paid for chapter 7 administration expenses: $ 19,794.47
Remaining balance: $ 156,204.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 156,204.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 156,204.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 33,559.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 4,255.23 | 0.00 | 4,255.23 |
| 2 | Chase Bank USA, N.A. | 2,876.38 | 0.00 | 2,876.38 |
| 3 | Internet Services Corporation | 0.00 | 0.00 | 0.00 |
| 4 | American Express Bank FSB | 0.00 | 0.00 | 0.00 |
| 5 | American Express Travel Related Services Co Inc | 9,312.19 | 0.00 | 9,312.19 |
| 6 | Amway Corporation | 0.00 | 0.00 | 0.00 |
| 7 | Citibank/CHOICE | 501.93 | 0.00 | 501.93 |
| 8 | Citibank/CHOICE | 16,613.40 | 0.00 | 16,613.40 |
| 9 | Dell Financial Services, L.P. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   33,559.13
Remaining balance:   $   122,645.23

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   122,645.23

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 122,645.23

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $8,518.80. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $114,123.61.

**UST Form 101-7-TFR (05/1/2011)**