B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

In re      JANET A COUNCILL                              ,        Case No.      05-91470

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
| ____PYOD LLC_____ | _Citibank_____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    PYOD LLC
    c/o Resurgent Capital Services
    PO Box 19008
    Greenville, SC 29602

Court Claim # (if known): __8_____
Amount of Claim:  $16613.40_____
Date Claim Filed:       10/12/2006

Phone:  (877) 264-5884_____
Last Four Digits of Acct #:    0079_____

Phone: _____
Last Four Digits of Acct. #:   8865_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Susan Gaines_____      Date:       10/02/2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.