

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/20/2014

IN RE: §
GEORGE R COUNCILL, JANET § CASE NO: 05-91470
COUNCILL §
    Debtor(s) §
§
§ CHAPTER 7

## ORDER FOR HEARING

On November 30, 2012, Dilks & Knopik, LLC alleging that it was acting as attorney in fact for Resurgent Capital Services, L.P. (which in turn was acting as an agent for PYOD LLC) filed an application for payment of $21,520.14 in unclaimed funds. On January 17, 2013, the application was denied because the claimant had failed to comply with Fed. R. Bankr. P. 3001(e).

On October 3, 2013, PYOD LLC filed two Notices of Transfer of Claim Other than for Security. The Notices were filed under Rule 3001(e)(2). Although the Clerk properly attempted to serve the Rule 3001(e)(2) notices, the address for the original claimant (Citibank) was no longer valid. Accordingly, no effective notice to the alleged transferor has yet been given. *See* ECF #120 and ECF #121.

On April 28, 2014, Dilks & Knopik, LLC, alleging that it was acting as attorney in fact for Resurgent Capital Services LP, filed a motion to reconsider the Court's January 17, 2013 order. The motion for reconsideration is untimely under any measure. Moreover, the motion alleges (correctly) that Rule 3001(e)(2) notices were filed, but fails to inform the Court that the alleged transferor was not given any notice of the filing.

The Court will conduct an evidentiary hearing on this matter. Each of the parties (Dilks & Knopik, Resurgent, and PYOD) are entities. Entities must be represented by counsel at the hearing, if they choose to appear. *See In re Boyd,* 2012 WL 370093 (Bankr. S.D. Tex 2012).

The hearing will be on June 18, 2014 at 10:30 a.m. Dilks & Knopik is ordered to provide notice of the hearing to PYOD, Resurgent, and Citibank. A certificate of service evidencing the notice must be filed no later than May 29, 2014.

Failure to appear at the hearing, through counsel, will result in a denial of the motion with prejudice against refiling. Telephonic participation is not allowed.

SIGNED **May 20, 2014.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

```
In re:                                                      Case No. 05-91470-mi
George R Councill                                           Chapter 7
Janet Councill
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: adol              Page 1 of 2         Date Rcvd: May 20, 2014
                              Form ID: pdf002         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2014.
```
db/jdb     +George R Councill,   Janet Councill,   2535 Half Hollow Ct,   Conroe, TX 77304-4094
aty        +Marc H Schneider, M,   15150 Middlebrook Dr.,   Houston, TX 77058-1226,   US
aty        +Waldron & Schneider, LLP,   15150 Middlebrook Drive,   Houston, TX 77058-1227
cr          American Express Bank FSB,   POB 3001,   Malvern, PA 19355-0701
intp       +Amway Corporation,   c/o Jon W. Daly,   Andrews Kurth LLP,   600 Travis, Suite 4200,
             Houston, TX 77002-2929
sp          Brock Akers,   Phillips & Akers PC,   3200 SW Freeway,   3400 Phoenix Tower,
             Houston, TX 77027
cr         +Ecast Fob Hrs Usa,   c/o Bass & Associates,   3936 E. Ft. Lowell Rd,   Suite 200,
             Tucson, AZ 85712-1083
cr         +Household Bank (SB) NA,   c/o Bass & Associates,   3936 E Ft Lowell,   Tucson, AZ 85712-1097
cr         +San Antonio Federal Credit Union,   c/o Parker & Knabeschuh,   4615 Southwest Freeway, Suite 500,
             Houston, TX 77027-7106
cr          Smart Financial Credit Union,   c/o Parker & Knabeschuh, P.C.,   Don Knabeschuh,
             4615 Southwest Fwy, Suite 500,   Houston, TX  77027-7106
acc        +William G. West, P.C., CPA,   12345 Jones Rd.,   Suite 120,   Houston, TX 77070-4958
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: bnc@bass-associates.com May 20 2014 22:00:49     Ecast Fob Hrs Usa,
             c/o Bass & Associates,   3936 E. Ft. Lowell Rd,   Suite 200,   Tucson, AZ 85712-1083
cr         +E-mail/Text: bnc@bass-associates.com May 20 2014 22:00:49     Household Bank (SB) NA,
             c/o Bass & Associates,   3936 E Ft Lowell,   Tucson, AZ 85712-1097
cr         +E-mail/PDF: resurgentbknotifications@resurgent.com May 20 2014 22:14:40     PYOD LLC,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
cr          E-mail/PDF: resurgentbknotifications@resurgent.com May 20 2014 22:10:25
             Resurgent Capital Services LP,   PO BOx 10675,   Greenville, SC  29603-0675
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Ford Motor Credit Company
sp          Porter Hedges LLP
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2014 at the address(es) listed below:
```
              Brock Cordt Akers    on behalf of Spec. Counsel Brock  Akers brock.akers@phillipsakers.com,
               pam.godwin@phillipsakers.com;robert.riddle@phillipsakers.com
              Christopher A Beck    on behalf of Plaintiff Janet  Councill cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Christopher A Beck    on behalf of Joint Debtor Janet  Councill cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Christopher A Beck    on behalf of Debtor George R Councill cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Christopher A Beck    on behalf of Plaintiff George R Councill cbeck@bakerbeck.net,
               cbeck@bakerbeck.net;2thelawfirm@gmail.com
              Deirdre Carey Brown    on behalf of Trustee William G West brown@hooverslovacek.com,
               welborn@hooverslovacek.com;bankruptcy1@hooverslovacek.com;deirdrecbrown@yahoo.com
              Don J. Knabeschuh    on behalf of Creditor   San Antonio Federal Credit Union b50martinez@gmail.com
              Don J. Knabeschuh    on behalf of Creditor   Smart Financial Credit Union b50martinez@gmail.com
              J Craig Cowgill    on behalf of Plaintiff George R Councill jccowgill@cowgillholmes.com,
               efilings@cowgillholmes.com;bmoore@cowgillholmes.com;cmoore@cowgillholmes.com
              J Craig Cowgill    on behalf of Plaintiff Janet  Councill jccowgill@cowgillholmes.com,
               efilings@cowgillholmes.com;bmoore@cowgillholmes.com;cmoore@cowgillholmes.com
```

```
District/off: 0541-4          User: adol               Page 2 of 2              Date Rcvd: May 20, 2014
                              Form ID: pdf002          Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jon William Daly    on behalf of Interested Party    Amway Corporation jondaly@akllp.com
              Kimberly Anne Bartley    on behalf of Trustee William G West kbartley@ws-law.com,  linda@ws-law.com
              Kimberly Anne Bartley    on behalf of Attorney    Waldron & Schneider, LLP kbartley@ws-law.com,
               linda@ws-law.com
              Lynn E Saarinen    on behalf of Plaintiff    American Express Travel Related Services Company, Inc.
               LynnSaarinen@gmail.com,  SaarinenLaw@gmail.com;rlevins@bn-lawyers.com;lhicks@bn-lawyers.com
              Marc H Schneider    on behalf of Trustee William G West lawfirm@ws-law.com,
               alicia@ws-law.com;linda@ws-law.com;tracy@ws-law.com;marcs@ws-law.com;faithe@ws-law.com
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
              Nichlas P Spallas    on behalf of Creditor    Ecast Fob Hrs Usa ecf@bass-associates.com
              Nichlas P Spallas    on behalf of Creditor    Household Bank (SB) NA ecf@bass-associates.com
              R Christopher Naylor    on behalf of Creditor    Ford Motor Credit Company kimg@dntlaw.com
              Timothy Alvin Davidson, II    on behalf of Interested Party    Amway Corporation tdavidson@akllp.com
              Timothy Alvin Davidson, II    on behalf of Defendant    Amway Corporation tdavidson@akllp.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William G West    westcpa@sbcglobal.net,  TX16@ecfcbis.com
                                                                                             TOTAL: 23
```